UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DOUG WOLSHLAGER,

       Plaintiff,                                  Case No. 1:22-CV-598

v                                                 Hon. Hala J. Jarbou

ART COTTER, et al,

       Defendant.
_____/

**ORDER OF RECUSAL**

In accordance with 28 U.S.C. § 455(a) and § 455(b)(1), I hereby disqualify myself from all further proceedings in this case.   The Clerk's Office shall reassign the case to another magistrate judge in accordance with the approved procedure.

**IT IS SO ORDERED.**

Dated:   July 5, 2022                /s/ Ray Kent
                                          RAY KENT
                                          United States Magistrate Judge