UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DOUG WOLSHLAGER,

    Plaintiff,

v.

    Case No. 1:22-cv-598

    Hon. Hala Y. Jarbou

ART COTTER, et al.,

    Defendants.
_____/

## ORDER

On July 21, 2022, Magistrate Judge Sally J. Berens issued a Report and Recommendation (R&R) recommending that Plaintiff's complaint be dismissed for failure to state a claim and because it is frivolous (ECF No. 11). The R&R was duly served on the parties. No objections have been filed, and the deadline for doing so expired on August 4, 2002. On review, the Court concludes that the R&R correctly analyzes the issues and makes a sound recommendation.

Accordingly,

**IT IS ORDERED** that the R&R (ECF No. 11) is **APPROVED** and **ADOPTED** as the opinion of the Court.

**IT IS FURTHER ORDERED** that the Court **CERTIFIES** that an appeal would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

A judgment will issue in accordance with this order.

Dated: August 30, 2022            /s/ Hala Y. Jarbou
                                                  HALA Y. JARBOU
                                                  CHIEF UNITED STATES DISTRICT JUDGE