UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DOUG WOLSHLAGER,

    Plaintiff,

v.

    Case No. 1:22-cv-598

    Hon. Hala Y. Jarbou

ART COTTER, et al.,

    Defendants.

_____/

## JUDGMENT

In accordance with the Order entered this date:

**IT IS ORDERED** that Plaintiff's complaint is **DISMISSED.**

Dated: August 30, 2022

/s/ Hala Y. Jarbou
HALA Y. JARBOU
CHIEF UNITED STATES DISTRICT JUDGE